# UNITED STATES DISTRICT COURT

for the

MIDDLE District of TENNESSEE

NASHVILLE Division

RECEIVED

APR 2 3 2026

U S DISTRICT COURT
MIDDLE DISTRICT OF TN

CHRISTOPHER LeCLAIRE

Plaintiff(s)

*(Write the full name of each plaintiff who is filing this complaint
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names )*

-v-

CHAD YOUKER

Defendant(s)

*(Write the full name of each defendant who is being sued If the
names of all the defendants cannot fit in the space above, please
write ' see attached ' in the space and attach an additional page
with the full list of names Do not include addresses here )*

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No

*(to be filled in by the Clerk's Office)*

# COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Prisoner Complaint)

## NOTICE

Federal Rules of Civil Procedure 5 2 addresses the privacy and security concerns resulting from public access to electronic court files Under this rule, papers filed with the court should *not* contain an individual's full social security number or full birth date, the full name of a person known to be a minor, or a complete financial account number A filing may include *only* the last four digits of a social security number; the year of an individual's birth, a minor's initials, and the last four digits of a financial account number

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed

Name _CHRISTOPHER LE CLAIRE_

All other names by which

you have been known

ID Number _72231_

Current Institution _WILLIAMSON Co JAIL_

Address _408 CENTURY CT_

_FRANKLIN_    _TN_    _37064_

     City      State      Zip Code

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed

Defendant No 1

Name _CHAD YOUKER_

Job or Title *(if known)* _CAPTAIN_

Shield Number

Employer _WILLIAMSON Co SHERIFF_

Address _408 CENTURY CT_

_FRANKLIN_    _TN_    _37064_

     City      State      Zip Code

☒ Individual capacity    ☒ Official capacity

Defendant No 2

Name

Job or Title *(if known)*

Shield Number

Employer

Address

     City      State      Zip Code

☐ Individual capacity    ☐ Official capacity

Defendant No 3

    Name

    Job or Title *(if known)*

    Shield Number

    Employer

    Address

|  | City | State | Zip Code |
|---|---|---|---|

☐ Individual capacity     ☐ Official capacity

Defendant No 4

    Name

    Job or Title *(if known)*

    Shield Number

    Employer

    Address

|  | City | State | Zip Code |
|---|---|---|---|

☐ Individual capacity     ☐ Official capacity

## II. Basis for Jurisdiction

Under 42 U S C § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]" Under *Bivens v Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U S 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights

A    Are you bringing suit against *(check all that apply)*

    ☐ Federal officials (a *Bivens* claim)

    ☒ State or local officials (a § 1983 claim)

B    Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]" 42 U S.C § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

- RLUIPA      - TCA 41-21-211
- FREE EXERCISE      - FTCA
- ESTABLISHMENT      - SPENDING & COMMERCE CLAUSE
- RETALIATION      - 12-

C    Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

D   Section 1983 allows defendants to be found liable only when they have acted 'under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia " 42 U S C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law   Attach additional pages if needed

CHAD YOUKER CREATED A "MINISTER "BAN" "AFTER" HIS "BIBLE BAN" ERA." I AM NO LONGER ALLOWED TO DO CONFESSION OUT OF RETALIATION? THE COERCION OF ATHEIST POLICY IS PLACING A SUBSTANTIAL BURDEN ON MY "SINCERELY-HELD "RELIGIOUS BELIEFS. CHAD YOUKER HAS SEIZED ALL BIBLES & AA BOOKS

## III.   Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*

☒   Pretrial detainee

☐   Civilly committed detainee

☐   Immigration detainee

☐   Convicted and sentenced state prisoner

☐   Convicted and sentenced federal prisoner

☐   Other *(explain)*

## IV.   Statement of Claim

State as briefly as possible the facts of your case   Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events   You may wish to include further details such as the names of other persons involved in the events giving rise to your claims   Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed

A   If the events giving rise to your claim arose outside an institution, describe where and when they arose

B   If the events giving rise to your claim arose in an institution  describe where and when they arose

FRANKLIN, TN

WILLIAMSON Co JAIL

1/18/25 TO PRESENT DAY 4/17/26

C       What date and approximate time did the events giving rise to your claim(s) occur?

1/18/25 — — PRESENT DAY     ON-GOING RETALIATION

D.      What are the facts underlying your claim(s)? (For example   What happened to you? Who did
        Was anyone else involved? Who else saw what happened?) AS OF 4/17/26 'CHAD YOU.
HAS RESTRICTED ALL ACCESS TO MINISTER VISITS OUT OF RETALIATION.
THE "BIBLE BAN", EFFECTIVELY CREATING THE "MINISTER VISIT" BAN.
THE COERCION OF ATHEIST & AGNOSTIC POLICY, PLACES A SUBSTANTIAL BURDEN
ON MY SINCERELY HELD RELIGIOUS BELIEFS OF CONFESSION & BIBLICAL-RE
WITH THE MOST RESTRICTIVE MEANS. ON 1/18/25 CHAD YOUKER SEIZED
BIBLES & AA BOOKS. RELIGIOUS BOOKS ACCESS IS RESTRICTED AS A
FORM OF PUNISHMENT

V.    Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical
treatment, if any, you required and did or did not receive

WITHOUT CONFESSION TO A MINISTER I MIGHT SPEND ETERNITY
IN HELL OR PURGATORY & LOSE MY FAITH

MY CONSTITUTIONAL RIGHTS ARE VIOLATED

VI.    Relief

State briefly what you want the court to do for you  Make no legal arguments  Do not cite any cases or sta
If requesting money damages, include the amounts of any actual damages and/or punitive damages claime
the acts alleged  Explain the basis for these claims

- ENFORCE RLUIPA TO INCLUDE ACCESS TO MINISTRY VISITS FOR CONFESSION,
- ACCESS TO PHYSICAL BIBLES & AA BOOKS
- ENFORCE ESTABLISHMENT, FREE EXERCISE, SPENDING & COMMERCE CLAUSE
- ENFORCE TCA 41-21-211
- JURY DEMAND, CERTIFY CLASS ACTION, APPOINT COUNSEL, PRELIMINARY I
- $25,000,000 IN DAMAGES, ALL COURT COST & FEES



## VII. Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U S C § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted "

Administrative remedies are also known as grievance procedures   Your case may be dismissed if you have not exhausted your administrative remedies.

A        Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☒ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s)


WILLIAMSON Co. JAIL


B.        Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☒ Yes

☐ No

☐ Do not know


C        Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☒ Yes

☐ No

☐ Do not know

If yes, which claim(s)?

No. MINISTER VISITS

NO BIBLES OR AA BOOKS

No ABILITY FOR CONFESSION

COERCION OF NON-RELIGION POLICY

D       Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☒ Yes

☐ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes

☐ No

E       If you did file a grievance

1    Where did you file the grievance?

— VERBAL

— GRIEVANCE DROP BOX

— KIOSK

2    What did you claim in your grievance?

I NEED A MINISTRY VISIT FOR CONFESSION & ACCESS TO A PHYSICAL BIBLE & AA BOOK -

3    What was the result, if any?

DENIED

4    What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not (Describe all efforts to appeal to the highest level of the grievance process)

I APPEALED EACH DECISION & EXHAUSTED ALL INTERNAL REMEDIES

F       If you did not file a grievance

       1    If there are any reasons why you did not file a grievance, state them here

       2.   If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any·

G      Please set forth any additional information that is relevant to the exhaustion of your administrative remedies

I HAVE REQUESTED: FIVE TIMES FOR MINISTRY VISLES, ACCESS TO "A BIBLE OR AA" BOOK, & INMATE TRUST ACCUNT

*(Note You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies)*

## VIII. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury " 28 U.S C § 1915(g)

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes

☒ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible

A    Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes

☒ No

B    If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format)*

   1    Parties to the previous lawsuit

        Plaintiff(s) _____

        Defendant(s) _____

   2    Court *(if federal court, name the district, if state court, name the county and State)*

        _____

   3    Docket or index number

        _____

   4    Name of Judge assigned to your case

        _____

   5    Approximate date of filing lawsuit

        _____

   6    Is the case still pending?

        ☐ Yes

        ☐ No

        If no, give the approximate date of disposition. _____

   7    What was the result of the case? *(For example· Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

        _____

C    Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

☐ Yes

☒ No

D    If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format)*

    1    Parties to the previous lawsuit

        Plaintiff(s)

        Defendant(s)

    2.    Court *(if federal court, name the district, if state court, name the county and State)*

    3    Docket or index number

    4    Name of Judge assigned to your case

    5    Approximate date of filing lawsuit

    6.    Is the case still pending?

        ☐ Yes

        ☐ No

        If no, give the approximate date of disposition

    7    What was the result of the case? *(For example Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

## IX. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation, (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law, (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing.    4-17-2C

Signature of Plaintiff

Printed Name of Plaintiff    CHRISTOPHER    LE CLAIRE

Prison Identification #    72231

Prison Address    408    CENTURY    CT

FRANKLIN                    TN        37064
Cin                                State        Zip Code

### B. For Attorneys

Date of signing

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Address

City                    State        Zip Code

Telephone Number

E-mail Address

THIS ENVELOPE IS RECYCLABLE AND MADE WITH 30% POST-CONSUMER CONTENT    © USPS 2022

FSC
MIX
Envelope
FSC® C137131

Williamson County Sheriff's Office
This correspondence is from an inmate in a
correctional institution. The Williamson
County Sheriff's Office has neither
censored nor inspected this item.
Therefore this department does not
assume responsibility for its contents.

LEGAL

Robert C Gordon
#65920
400 Central Ct
Franklin, TN 37064

NASHVILLE TN 370
20 APR 2026 PM 4



FOREVER / USA

US DISTRICT COURT
CLERKS OFFICE
719 CHURCH ST #1300
NASHVILLE, TN 37203

RECEIVED
APR 23 2026
U.S. DISTRICT COURT
MIDDLE DISTRICT OF

LEGAL
MAIL

37203-708525